**This First Preferred Ship Mortgage**, dated as of October 4, 2023 is made on the whole (100%) of the vessel **"MEOW"**, Official **#1324626**, made by **Mad Gaffer, Inc.** - Sole Owner 100% of **174 Kelleytown Rd, Bernard, ME 04621** (hereinafter collectively referred to as "Mortgagor") to **Machias Savings Bank**, its successors and assigns, of **PO Box 318, Machias, ME 04654** (hereinafter referred to as "Mortgagee").

WHEREAS Mortgagor is the sole owner of the whole of the vessel and is justly indebted to the Mortgagee, as evidenced by a promissory note from Mortgagor to Mortgagee, dated October 4, **2023**, in the principal amount of **$712,528.82 (Seven Hundred Twelve Thousand Five Hundred Twenty-Eight Dollars and 82/100).** Mortgagor has agreed to give this Preferred Ship Mortgage as security for the Note, and has authorized the execution of this Mortgage to Mortgagee.

NOW THEREFORE, in consideration of the promises made herein, and for valuable consideration, receipt of which is acknowledged, and to secure payment of the indebtedness, including interest, late charges, and other sums that may become due to Mortgagee under the Note or any provision of this Mortgage, Mortgagor conveys to the Mortgagee, its successors and assigns, the vessel **"MEOW"**, Official **#1324626**, together with all masts, engines, machinery, bowsprits, sails, rigging, auxiliary boats, anchors, chains, electronics, tackle, apparel, furniture, fittings, tools, pumps, equipment and supplies, and all fishing equipment, federal fishery permits and licenses and other appurtenances, accessories, and supplies and necessaries of all kind, now used in or on the Vessel or which may be used in or on the Vessel, in the future, whether or not removed from the Vessel, and additions, improvements and replacements now or hereafter belonging to the Vessel, all of which shall be deemed to be included in the term "Vessel" and used in this Mortgage and are covered by the Mortgage to secure the Note.

**FUTURE ADVANCES:** This mortgage is executed for the purpose of securing not only the payment of the above described note and any subsequent rewrite of that note, but also to secure all future advances made by the holder of said note to the mortgagor; and said mortgage shall remain in full force and effect to secure all future advances and all renewals, rewrites, or extensions of the above described note.

**MORTGAGE OBLIGATION**: This Mortgage secures your obligations now due or which may become due in the future to us under this Mortgage or under the Note and the full and timely performance of the obligations of Mortgagor under this Mortgage.

**MORTGAGE CONVEYANCE**: In consideration of our extension of credit and to secure the Debt, and subject to the terms and conditions contained in this Mortgage, you hereby grant, mortgage, and convey to us the whole of the Vessel named and described above, to have and to hold the whole of the Vessel unto us, our successors and assigns, for our use and benefit forever; provided that if you repay the Debt and keep all other promises made in and secured by this Mortgage, then this Mortgage and the estate and rights hereby granted shall cease and shall be void.

**COMPLIANCE WITH LAWS**: The vessel is documented and the Mortgage shall be deemed to be a mortgage under the laws of the United States, including, but not limited to 46 U.S.C. §31301, which shall govern the interest rate applicable to the Debt secured by this Mortgage, and, to the extent that federal law does not apply, this Mortgage shall be construed in accordance with the laws of the State of Maine.

**CITIZENSHIP**: You are and shall remain a citizen of the United States.

**FEDERAL DOCUMENTATION**: The Vessel is, or is in the process of being, documented in your name under the laws of the United States and you agree to cooperate in regard to and pay all costs of such federal documentation and the filing and recording of this Mortgage. You agree to permit us to surrender any state certificate of title or ownership covering the Vessel as required by federal law prior to the issuance of a Certificate of Documentation. You shall own and operate the Vessel under her Coast Guard document and keep the Vessel's Coast Guard document in full force and effect until this Mortgage is fully paid.

**DISPLAY OF MORTGAGE ON VESSEL**: You agree to prominently display a Notice of this Mortgage in the pilot house if any, chart room or master's cabin. You will keep a copy of this Mortgage with the ship's papers, and will show it to all persons having business with the Vessel, and to us on demand.

**LIENS:** You warrant that the Vessel is free from all prior liens and encumbrances except for the lien created in our favor to secure the Debt.

**TITLE WARRANTY**: You represent and warrant that you are the sole owner(s) of the Vessel and that you lawfully own the whole (100%) of the Vessel.

**RISK OF LOSS**: At all times, you bear the risk of damage to, theft, destruction or other loss of the Vessel. Damage, theft, destruction or other loss of the Vessel will not release you from your obligations to us. You agree to let us know as soon as possible if the Vessel becomes damaged, is stolen or destroyed, or disappears.

**INSURANCE**: Until the Mortgage is paid in full, you agree to maintain in full force and effect marine hull and liability (protection and indemnity) insurance on the Vessel, and such other insurance covering such risks and perils, upon such terms and in such amount and with such endorsements as we may reasonably require. In addition to protecting you, the insurance must protect us as a loss

payee and must be written for at least a one year period. The amount of your marine hull and machinery insurance shall not be less than the market value of the Vessel or the unpaid amount of the Debt, whichever is greater (except as otherwise restricted by law). You must pay the premium in advance before each policy term begins and give us a bill from the insurance company or its agent marked "paid". We may sign any proof of loss and endorse any check, draft, or other form of payment issued by the insurance company or its agent as a loss payment and you hereby appoint us as your attorney in fact for this purpose. This power of attorney shall not be affected by your disability. Proceeds of the insurance may be used either to repair the Vessel or to reduce the debt, in our discretion. If your insurance lapses or is cancelled at any time before this Mortgage is fully paid and performed we must be given prompt notice of said lapse or cancellation. In the event of lapse or cancellation, or in the event of your failure to pay any premiums when due or otherwise to provide or maintain insurance coverage, we may but are not obligated to, buy replacement coverage protecting us alone.

**USE OF VESSEL**: You shall comply with, and not permit the vessel to be operated contrary to, the laws, treaties, conventions, rules, regulations or orders of the United States, any state and any other jurisdiction where it is operated, nor remove the vessel from the geographical limits and other requirements of the marine insurance covering the Vessel. You shall not dispose of or transfer the Vessel or any part of your interest in the Vessel, without our prior written permission. You shall not use, nor allow the use of the Vessel for any illegal purpose or contrary to any provision of the laws, treaties, regulations or orders of the United States or other jurisdictions in which the Vessel is operated including, but not limited to, commerce in, or possession, carriage, or use of, any firearms or controlled substance.

**DUTY TO MAINTAIN VESSEL**: You agree to keep the Vessel in good condition and repair at all times. You shall not, without our prior written consent, make any substantial change or alteration in the Vessel, her structure, rigging, or engine.

**SEIZURE OF VESSEL**: You shall notify us promptly, and in any event within 48 hours, by telephone, confirmed by telegraph, cable or facsimile, if the Vessel is arrested, libeled, attached, detained, seized or levied upon or taken into custody, or if you become aware that any claim of lien upon the Vessel has been filed or prosecuted. You shall immediately take steps to have the Vessel released or take such other steps as we may reasonably require, including posting bond or security for the Vessel.

**INSPECTION OF VESSEL AND BOOKS**: You shall at all reasonable times afford us complete opportunity to inspect the Vessel and everything in it or on it and let us examine its cargoes and papers (including but not limited to, any relevant Certificate of Documentation, licenses or other vessel documents, ship mortgage and policy of insurance) and immediately upon request by us, you shall indicate the exact location of the Vessel.

**FURTHER ASSURANCE**: From time to time you shall execute and delivery such other instruments and assurances as we may require to perfect or continue this lien and to enforce the terms of this Mortgage or the Note, for operation of the vessel, or sale of the vessel by us upon the occurrence of any Event of Default.

**DEFAULT**: You shall be in default under this Mortgage if (1) any payment or any other sum is not paid when it is due under the Note or this Mortgage; (2) you breach any of your obligations under this Mortgage, the Note or any other instrument or agreement made by you in our favor effective now or in the future; or (3) you die or become incompetent or otherwise unable to perform any obligation under the Note or this Mortgage; or (4) you become insolvent; or (5) any receivership, insolvency or similar proceedings, or any assignment for the benefit of creditors, shall be instituted by or against you; or (6) the Vessel is arrested, attached, levied upon, seized, or made the subject of any legal proceedings, or held by virtue of any lien or distress, or any notice of claim of lien on the Vessel is filed with the U.S. Coast Guard or any other applicable authority; or (7) you have made a false or misleading statement about any material fact in this Mortgage, the Note, or your application for credit; or (8) any other event occurs that we believe jeopardizes or impairs the value of our collateral, or your obligation under this Mortgage, or our ability to realize that value in a foreclosure.

**REMEDIES UPON DEFAULT**: In the event of a Default, we may; (1) accelerate and declare immediately due and payable all the unpaid principal, accrued interest, any late charges, and, as permitted by applicable law, any other amounts due under the Note or this Mortgage; (2) demand that you deliver the Vessel to us, together with any equipment that should be installed in or located on the Vessel, at such location as we may reasonably require (however, your delivery of the Vessel to us will not relieve you of your obligation to satisfy any deficiency which may arise upon subsequent sale or other disposition of the Vessel); (3) lawfully enter any premises which the Vessel may be located and repossess the Vessel, together with anything in or on the Vessel, with or without legal process or judicial decree and with or without previous notice or demand for performance; (4) sell or otherwise dispose of the Vessel pursuant to state or federal law, including a non-judicial sale, with the right to collect any resulting deficiency from you; (5) bring suit at law, in equity, or in admiralty to foreclose this Mortgage and/or recover judgment for any and all amounts due under the Note and this Mortgage, and collect the same out of any and all property covered by this Mortgage; (6) pursue any amount due and payable under this Mortgage and/or the Note, including our attorneys' fees and legal expenses, and all costs and expenses or retaking, maintaining, insuring, repairing or rehabilitating, advertising, cleaning, storing and selling the Vessel (including auctioneer's fees and sales commissions), and any other such expenses to the extent permitted by applicable law. In addition to the remedies set forth above, in the event the Vessel is seized, although we do not commit to do so, you authorize us to disclose any information which we deem necessary to protect our interest in the Vessel and you further authorized us or our agents in your name and as your

attorney in fact to (i) receive or take possession of the Vessel, (ii) defend any action and/or discharge any lien and (iii) refer the protection of our interest in the Vessel under this Mortgage to an attorney and receive from you payment of our legal costs, including our attorneys' fees. This power of attorney shall not be affected by your disability. All such costs and fees shall constitute an additional part of your Debt and shall accrue interest at the rate applicable to the Debt.

**RECOVERY OF PERSONAL BELONGINGS**: If there is any property aboard the Vessel which is not subject to the lien of the Mortgage, we will return it to you at your expense if you request such return. If you do not request such property to be returned within thirty (30) days after we notify you at your last known address where the property can be claimed, we will treat such property as abandoned and deal with it in any way allowed under law.

**USE AND STORAGE OF REPOSSESSED VESSEL**: Following a Default we may charter, operate or otherwise use the vessel as we think advisable, being accountable for net profits, if any. We may keep the Vessel free of charge at your premises or elsewhere at your expense. You hereby irrevocably appoint us, and our agents, your true and lawful attorney-in-fact to make all necessary disposition in your name, or in ours, of the Vessel following Default.

**APPLICATION OF PROCEEDS**: Proceeds from the sale of the Vessel shall be applied (a) to the payment of all expenses, including costs of sale, repossession, attorneys' fees, court costs, incurred by us for the protection of our rights, and, at our option, payment of liens against the Vessel; (b) to the satisfaction of the Litigation; and (c) to the payment of any surplus to us or to whoever else may be entitled to it. You will be liable for the payment of any deficiency.

**RECEIVER**: In any legal action, we may have a receiver appointed for the Vessel and its earnings. Any receiver shall have full rights and powers to use and operate the Vessel pending its disposition and to obtain a court decree ordering and directing the sale or other disposition of the Vessel.

**TIME IS OF THE ESSENCE**: Time is of the essence which means that all payments which are required from you must be made on the day due and all promises to be performed by you must be performed on time.

**ADDITIONAL SECURITY**: This Mortgage is given as additional security to secure your Debt.

**INVALID PROVISION**: This Mortgage is valid and enforceable. If any provision of this Mortgage cannot be enforced, the rest of the Mortgage will remain in effect.

**AMENDMENTS**: Any change in the terms of this Mortgage must be made in writing and signed by you and us.

**JOINT AND SEVERAL LIABILITY**: If there is more than one Mortgagor, each Mortgagor is jointly and severally liable to perform the Obligation.

As of the date written above, Mortgagor has executed this Mortgage under seal, or if any Mortgagor is a corporation or partnership or other entity, has caused this Mortgage to be executed in its name by a person authorized to do so.

**Mad Gaffer, Inc**

By: [signature] 10/4/23

**Jeffrey T. Grey, President** **Date**

## ACKNOWLEDGEMENT

STATE OF: Maine )
COUNTY OF Hancock )

I HEREBY CERTIFY that on this 4th day of October, 2023, personally appeared the above named **Jeffrey T. Grey, President** (known to me or satisfactorily proven) who acknowledged that he executed the foregoing Mortgage of his own free act and deed for the use and purposes set forth herein.

(Notarial Seal)

**AMANDA TUPPER**
**NOTARY PUBLIC—MAINE**
**MY COMMISSION EXPIRES 5/11/2024**

[signature]
Notary Public