# MODIFICATION AGREEMENT

3040048217

This agreement is made by and between MACHIAS SAVINGS BANK, a Maine banking corporation having a place of business at 4 Center Street, Machias, Washington County, Maine (hereinafter referred to as "Bank") and Mad Gaffer, Corp. (hereinafter referred to as "Borrower"), and witnesses that:

On October 3, 2023, Borrower executed and delivered a promissory note to Bank for the sum of Seven Hundred Twelve Thousand Five Hundred Twenty Eight Dollars and 82/100 ($712,528.82) (hereinafter referred to as "the Note").

Bank and Borrower hereby agree as follows:

1. The effective date of this agreement is March 28, 2025.

2. The principal balance as of the effective date is Six Hundred Fifty Two Thousand Six Hundred Forty Four Dollars and 70/100 ($652,644.70).

3. Borrower promises to pay MACHIAS SAVINGS BANK, a financial institution with a mailing address of P.O. Box 318, Machias, Maine 04654 (the "Lender"), or order, the principal sum of Six Hundred Fifty Two Thousand Six Hundred Forty Four Dollars and 70/100 ($652,644.70) with interest on the unpaid principal balance from the effective date at the rate of Eight (8.00%) percent per annum, for the remainder of the fixed rate period as stated in the promissory note dated October 3, 2023. Principal and interest shall be due and payable at Machias, Maine, or at such other place or places as the noteholder may designate in consecutive monthly installments of Twenty Thousand Eight Hundred Twenty Seven Dollars and 57/100 ($20,827.57) beginning on August 3, 2025, and each succeeding month on the same date, except for the months of January, February, March, April, May, June and July when no payments shall be due. This is a balloon loan. A final payment of all principal and interest will be due and payable, if not sooner paid, on October 3, 2033. Interest is calculated on a 360 day basis. This is a simple interest loan.

Except as explicitly provided in this modification agreement all of the terms of the note, previous modifications, and any security documents remain unchanged and in full force and effect.

**Entire Agreement; Modification.** This Agreement contains the entire agreement of the parties with respect to the subject matter herein and supersedes and cancels any and all prior negotiations and understandings between them regarding the same subject matter. This Agreement may not be altered or amended except in writing, signed by each party. Borrower may not take any action herein prohibited or omit to perform any act herein required to be performed by it, unless Borrower obtains Lender's prior written consent to each such action or omission to act. The terms of this Agreement are contractual in nature and not mere recitals.

The parties hereto have signed and sealed this agreement as of the date indicated below.

Witness

MACHIAS SAVINGS BANK

By ______________________
Its Senior Vice President
Joseph Tuell

4/3/2025
Date

______________________
Witness

MAD GAFFER, CORP.

______________________
Its President
Jeffrey T. Grey

3-28-25
Date

# MODIFICATION CONSENT

I, Jeffrey T. Grey, guarantor of a promissory note to Mad Gaffer, Corp., dated October 3, 2023 in the amount of Seven Hundred Twelve Thousand Five Hundred Twenty Eight Dollars and 82/100 ($712,528.82) consent to the above modification. My guaranty will continue to remain in full force and effect for this modification.

______________________
Witness

______________________
Jeffrey T. Grey

3-28-25
Date

f:\modagree\mod.Mad Gaffer Corp 8217.doc\onw

DISBURSEMENT REQUEST AND AUTHORIZATION

MAD GAFFER, CORP.
Loan #3040048217

LOAN FEES TO BE PAID IN CASH:

| | |
|---|---|
| Modification Fee | $500.00 |
| Interest Due | $4,500.00 |
| TOTAL LOAN FEES TO BE PAID IN CASH: | $5,000.00 |

MAD GAFFER, CORP.

Catherine Seeman (signature)
Witness

By (signature)
Its President
Jeffrey T. Grey

3-28-25
Date

_________ Initial here if you would like the Bank to direct withdraw the above funds that are due.

Account Number for funds to be withdrawn from: ____________________

F:\modagree\disbursement.Mad Gaffer Corp 8217.doc\onw

Mad Gaffer Corp 8217

Rate Period .................. : Exact Days

Nominal Annual Rate .... : 8.000 %

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 02/12/2025 | 652,644.70 | 1 | | |
| 2 | Payment | 03/28/2025 | 4,500.00 | 1 | | |
| 3 | Payment | 08/03/2025 | 20,827.57 | 98 | Monthly | 09/03/2033 |
| | Months To Skip: Jan, Feb, Mar, Apr, May, June, July | | | | | |
| | Amount During Skip | | 0.00 | | | |
| 4 | Payment | 10/03/2033 | 35,744.85 | 1 | | |

## AMORTIZATION SCHEDULE - U.S. Rule (no compounding), 360 Day Year

| | | | Interest | Interest | Principal | Balance Due | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Payment | Accrued | Paid | Paid | Interest | Principal | Total |
| Loan | 02/12/2025 | | 0.00 | 0.00 | 0.00 | 0.00 | 652,644.70 | 652,644.70 |
| 1 | 03/28/2025 | 4,500.00 | 6,381.41 | 4,500.00 | 0.00 | 1,881.41 | 652,644.70 | 654,526.11 |
| 2 | 08/03/2025 | 20,827.57 | 18,564.12 | 20,445.53 | 382.04 | 0.00 | 652,262.66 | 652,262.66 |
| 3 | 09/03/2025 | 20,827.57 | 4,493.36 | 4,493.36 | 16,334.21 | 0.00 | 635,928.45 | 635,928.45 |
| 4 | 10/03/2025 | 20,827.57 | 4,239.52 | 4,239.52 | 16,588.05 | 0.00 | 619,340.40 | 619,340.40 |
| 5 | 11/03/2025 | 20,827.57 | 4,266.57 | 4,266.57 | 16,561.00 | 0.00 | 602,779.40 | 602,779.40 |
| 6 | 12/03/2025 | 20,827.57 | 4,018.53 | 4,018.53 | 16,809.04 | 0.00 | 585,970.36 | 585,970.36 |
| 2025 Totals | | 108,637.85 | 41,963.51 | 41,963.51 | 66,674.34 | | | |
| 7 | 01/03/2026 | 0.00 | 4,036.68 | 0.00 | 0.00 | 4,036.68 | 585,970.36 | 590,007.04 |
| 8 | 02/03/2026 | 0.00 | 4,036.68 | 0.00 | 0.00 | 8,073.36 | 585,970.36 | 594,043.72 |
| 9 | 03/03/2026 | 0.00 | 3,646.04 | 0.00 | 0.00 | 11,719.40 | 585,970.36 | 597,689.76 |
| 10 | 04/03/2026 | 0.00 | 4,036.68 | 0.00 | 0.00 | 15,756.08 | 585,970.36 | 601,726.44 |
| 11 | 05/03/2026 | 0.00 | 3,906.47 | 0.00 | 0.00 | 19,662.55 | 585,970.36 | 605,632.91 |
| 12 | 06/03/2026 | 0.00 | 4,036.68 | 0.00 | 0.00 | 23,699.23 | 585,970.36 | 609,669.59 |
| 13 | 07/03/2026 | 0.00 | 3,906.47 | 0.00 | 0.00 | 27,605.70 | 585,970.36 | 613,576.06 |
| 14 | 08/03/2026 | 20,827.57 | 4,036.68 | 20,827.57 | 0.00 | 10,814.81 | 585,970.36 | 596,785.17 |
| 15 | 09/03/2026 | 20,827.57 | 4,036.68 | 14,851.49 | 5,976.08 | 0.00 | 579,994.28 | 579,994.28 |
| 16 | 10/03/2026 | 20,827.57 | 3,866.63 | 3,866.63 | 16,960.94 | 0.00 | 563,033.34 | 563,033.34 |
| 17 | 11/03/2026 | 20,827.57 | 3,878.67 | 3,878.67 | 16,948.90 | 0.00 | 546,084.44 | 546,084.44 |
| 18 | 12/03/2026 | 20,827.57 | 3,640.56 | 3,640.56 | 17,187.01 | 0.00 | 528,897.43 | 528,897.43 |
| 2026 Totals | | 104,137.85 | 47,064.92 | 47,064.92 | 57,072.93 | | | |
| 19 | 01/03/2027 | 0.00 | 3,643.52 | 0.00 | 0.00 | 3,643.52 | 528,897.43 | 532,540.95 |
| 20 | 02/03/2027 | 0.00 | 3,643.52 | 0.00 | 0.00 | 7,287.04 | 528,897.43 | 536,184.47 |
| 21 | 03/03/2027 | 0.00 | 3,290.92 | 0.00 | 0.00 | 10,577.96 | 528,897.43 | 539,475.39 |
| 22 | 04/03/2027 | 0.00 | 3,643.52 | 0.00 | 0.00 | 14,221.48 | 528,897.43 | 543,118.91 |
| 23 | 05/03/2027 | 0.00 | 3,525.98 | 0.00 | 0.00 | 17,747.46 | 528,897.43 | 546,644.89 |
| 24 | 06/03/2027 | 0.00 | 3,643.52 | 0.00 | 0.00 | 21,390.98 | 528,897.43 | 550,288.41 |
| 25 | 07/03/2027 | 0.00 | 3,525.98 | 0.00 | 0.00 | 24,916.96 | 528,897.43 | 553,814.39 |
| 26 | 08/03/2027 | 20,827.57 | 3,643.52 | 20,827.57 | 0.00 | 7,732.91 | 528,897.43 | 536,630.34 |
| 27 | 09/03/2027 | 20,827.57 | 3,643.52 | 11,376.43 | 9,451.14 | 0.00 | 519,446.29 | 519,446.29 |
| 28 | 10/03/2027 | 20,827.57 | 3,462.98 | 3,462.98 | 17,364.59 | 0.00 | 502,081.70 | 502,081.70 |
| 29 | 11/03/2027 | 20,827.57 | 3,458.79 | 3,458.79 | 17,368.78 | 0.00 | 484,712.92 | 484,712.92 |
| 30 | 12/03/2027 | 20,827.57 | 3,231.42 | 3,231.42 | 17,596.15 | 0.00 | 467,116.77 | 467,116.77 |
| 2027 Totals | | 104,137.85 | 42,357.19 | 42,357.19 | 61,780.66 | | | |
| 31 | 01/03/2028 | 0.00 | 3,217.92 | 0.00 | 0.00 | 3,217.92 | 467,116.77 | 470,334.69 |
| 32 | 02/03/2028 | 0.00 | 3,217.92 | 0.00 | 0.00 | 6,435.84 | 467,116.77 | 473,552.61 |

Mad Gaffer Corp 8217

| | Date | Payment | Interest Accrued | Interest Paid | Principal Paid | Balance Due Interest | Balance Due Principal | Balance Due Total |
|---|---|---|---|---|---|---|---|---|
| 33 | 03/03/2028 | 0.00 | 3,010.31 | 0.00 | 0.00 | 9,446.15 | 467,116.77 | 476,562.92 |
| 34 | 04/03/2028 | 0.00 | 3,217.92 | 0.00 | 0.00 | 12,664.07 | 467,116.77 | 479,780.84 |
| 35 | 05/03/2028 | 0.00 | 3,114.11 | 0.00 | 0.00 | 15,778.18 | 467,116.77 | 482,894.95 |
| 36 | 06/03/2028 | 0.00 | 3,217.92 | 0.00 | 0.00 | 18,996.10 | 467,116.77 | 486,112.87 |
| 37 | 07/03/2028 | 0.00 | 3,114.11 | 0.00 | 0.00 | 22,110.21 | 467,116.77 | 489,226.98 |
| 38 | 08/03/2028 | 20,827.57 | 3,217.92 | 20,827.57 | 0.00 | 4,500.56 | 467,116.77 | 471,617.33 |
| 39 | 09/03/2028 | 20,827.57 | 3,217.92 | 7,718.48 | 13,109.09 | 0.00 | 454,007.68 | 454,007.68 |
| 40 | 10/03/2028 | 20,827.57 | 3,026.72 | 3,026.72 | 17,800.85 | 0.00 | 436,206.83 | 436,206.83 |
| 41 | 11/03/2028 | 20,827.57 | 3,004.98 | 3,004.98 | 17,822.59 | 0.00 | 418,384.24 | 418,384.24 |
| 42 | 12/03/2028 | 20,827.57 | 2,789.23 | 2,789.23 | 18,038.34 | 0.00 | 400,345.90 | 400,345.90 |
| 2028 Totals | | 104,137.85 | 37,366.98 | 37,366.98 | 66,770.87 | | | |
| 43 | 01/03/2029 | 0.00 | 2,757.94 | 0.00 | 0.00 | 2,757.94 | 400,345.90 | 403,103.84 |
| 44 | 02/03/2029 | 0.00 | 2,757.94 | 0.00 | 0.00 | 5,515.88 | 400,345.90 | 405,861.78 |
| 45 | 03/03/2029 | 0.00 | 2,491.04 | 0.00 | 0.00 | 8,006.92 | 400,345.90 | 408,352.82 |
| 46 | 04/03/2029 | 0.00 | 2,757.94 | 0.00 | 0.00 | 10,764.86 | 400,345.90 | 411,110.76 |
| 47 | 05/03/2029 | 0.00 | 2,668.97 | 0.00 | 0.00 | 13,433.83 | 400,345.90 | 413,779.73 |
| 48 | 06/03/2029 | 0.00 | 2,757.94 | 0.00 | 0.00 | 16,191.77 | 400,345.90 | 416,537.67 |
| 49 | 07/03/2029 | 0.00 | 2,668.97 | 0.00 | 0.00 | 18,860.74 | 400,345.90 | 419,206.64 |
| 50 | 08/03/2029 | 20,827.57 | 2,757.94 | 20,827.57 | 0.00 | 791.11 | 400,345.90 | 401,137.01 |
| 51 | 09/03/2029 | 20,827.57 | 2,757.94 | 3,549.05 | 17,278.52 | 0.00 | 383,067.38 | 383,067.38 |
| 52 | 10/03/2029 | 20,827.57 | 2,553.78 | 2,553.78 | 18,273.79 | 0.00 | 364,793.59 | 364,793.59 |
| 53 | 11/03/2029 | 20,827.57 | 2,513.02 | 2,513.02 | 18,314.55 | 0.00 | 346,479.04 | 346,479.04 |
| 54 | 12/03/2029 | 20,827.57 | 2,309.86 | 2,309.86 | 18,517.71 | 0.00 | 327,961.33 | 327,961.33 |
| 2029 Totals | | 104,137.85 | 31,753.28 | 31,753.28 | 72,384.57 | | | |
| 55 | 01/03/2030 | 0.00 | 2,259.29 | 0.00 | 0.00 | 2,259.29 | 327,961.33 | 330,220.62 |
| 56 | 02/03/2030 | 0.00 | 2,259.29 | 0.00 | 0.00 | 4,518.58 | 327,961.33 | 332,479.91 |
| 57 | 03/03/2030 | 0.00 | 2,040.65 | 0.00 | 0.00 | 6,559.23 | 327,961.33 | 334,520.56 |
| 58 | 04/03/2030 | 0.00 | 2,259.29 | 0.00 | 0.00 | 8,818.52 | 327,961.33 | 336,779.85 |
| 59 | 05/03/2030 | 0.00 | 2,186.41 | 0.00 | 0.00 | 11,004.93 | 327,961.33 | 338,966.26 |
| 60 | 06/03/2030 | 0.00 | 2,259.29 | 0.00 | 0.00 | 13,264.22 | 327,961.33 | 341,225.55 |
| 61 | 07/03/2030 | 0.00 | 2,186.41 | 0.00 | 0.00 | 15,450.63 | 327,961.33 | 343,411.96 |
| 62 | 08/03/2030 | 20,827.57 | 2,259.29 | 17,709.92 | 3,117.65 | 0.00 | 324,843.68 | 324,843.68 |
| 63 | 09/03/2030 | 20,827.57 | 2,237.81 | 2,237.81 | 18,589.76 | 0.00 | 306,253.92 | 306,253.92 |
| 64 | 10/03/2030 | 20,827.57 | 2,041.69 | 2,041.69 | 18,785.88 | 0.00 | 287,468.04 | 287,468.04 |
| 65 | 11/03/2030 | 20,827.57 | 1,980.34 | 1,980.34 | 18,847.23 | 0.00 | 268,620.81 | 268,620.81 |
| 66 | 12/03/2030 | 20,827.57 | 1,790.81 | 1,790.81 | 19,036.76 | 0.00 | 249,584.05 | 249,584.05 |
| 2030 Totals | | 104,137.85 | 25,760.57 | 25,760.57 | 78,377.28 | | | |
| 67 | 01/03/2031 | 0.00 | 1,719.36 | 0.00 | 0.00 | 1,719.36 | 249,584.05 | 251,303.41 |
| 68 | 02/03/2031 | 0.00 | 1,719.36 | 0.00 | 0.00 | 3,438.72 | 249,584.05 | 253,022.77 |
| 69 | 03/03/2031 | 0.00 | 1,552.97 | 0.00 | 0.00 | 4,991.69 | 249,584.05 | 254,575.74 |
| 70 | 04/03/2031 | 0.00 | 1,719.36 | 0.00 | 0.00 | 6,711.05 | 249,584.05 | 256,295.10 |
| 71 | 05/03/2031 | 0.00 | 1,663.89 | 0.00 | 0.00 | 8,374.94 | 249,584.05 | 257,958.99 |
| 72 | 06/03/2031 | 0.00 | 1,719.36 | 0.00 | 0.00 | 10,094.30 | 249,584.05 | 259,678.35 |
| 73 | 07/03/2031 | 0.00 | 1,663.89 | 0.00 | 0.00 | 11,758.19 | 249,584.05 | 261,342.24 |
| 74 | 08/03/2031 | 20,827.57 | 1,719.36 | 13,477.55 | 7,350.02 | 0.00 | 242,234.03 | 242,234.03 |
| 75 | 09/03/2031 | 20,827.57 | 1,668.72 | 1,668.72 | 19,158.85 | 0.00 | 223,075.18 | 223,075.18 |
| 76 | 10/03/2031 | 20,827.57 | 1,487.17 | 1,487.17 | 19,340.40 | 0.00 | 203,734.78 | 203,734.78 |
| 77 | 11/03/2031 | 20,827.57 | 1,403.51 | 1,403.51 | 19,424.06 | 0.00 | 184,310.72 | 184,310.72 |
| 78 | 12/03/2031 | 20,827.57 | 1,228.74 | 1,228.74 | 19,598.83 | 0.00 | 164,711.89 | 164,711.89 |
| 2031 Totals | | 104,137.85 | 19,265.69 | 19,265.69 | 84,872.16 | | | |
| 79 | 01/03/2032 | 0.00 | 1,134.68 | 0.00 | 0.00 | 1,134.68 | 164,711.89 | 165,846.57 |
| 80 | 02/03/2032 | 0.00 | 1,134.68 | 0.00 | 0.00 | 2,269.36 | 164,711.89 | 166,981.25 |

Mad Gaffer Corp 8217

| | Date | Payment | Interest Accrued | Interest Paid | Principal Paid | Balance Due Interest | Balance Due Principal | Balance Due Total |
|---|---|---|---|---|---|---|---|---|
| 81 | 03/03/2032 | 0.00 | 1,061.48 | 0.00 | 0.00 | 3,330.84 | 164,711.89 | 168,042.73 |
| 82 | 04/03/2032 | 0.00 | 1,134.68 | 0.00 | 0.00 | 4,465.52 | 164,711.89 | 169,177.41 |
| 83 | 05/03/2032 | 0.00 | 1,098.08 | 0.00 | 0.00 | 5,563.60 | 164,711.89 | 170,275.49 |
| 84 | 06/03/2032 | 0.00 | 1,134.68 | 0.00 | 0.00 | 6,698.28 | 164,711.89 | 171,410.17 |
| 85 | 07/03/2032 | 0.00 | 1,098.08 | 0.00 | 0.00 | 7,796.36 | 164,711.89 | 172,508.25 |
| 86 | 08/03/2032 | 20,827.57 | 1,134.68 | 8,931.04 | 11,896.53 | 0.00 | 152,815.36 | 152,815.36 |
| 87 | 09/03/2032 | 20,827.57 | 1,052.73 | 1,052.73 | 19,774.84 | 0.00 | 133,040.52 | 133,040.52 |
| 88 | 10/03/2032 | 20,827.57 | 886.94 | 886.94 | 19,940.63 | 0.00 | 113,099.89 | 113,099.89 |
| 89 | 11/03/2032 | 20,827.57 | 779.13 | 779.13 | 20,048.44 | 0.00 | 93,051.45 | 93,051.45 |
| 90 | 12/03/2032 | 20,827.57 | 620.34 | 620.34 | 20,207.23 | 0.00 | 72,844.22 | 72,844.22 |
| 2032 Totals | | 104,137.85 | 12,270.18 | 12,270.18 | 91,867.67 | | | |
| 91 | 01/03/2033 | 0.00 | 501.82 | 0.00 | 0.00 | 501.82 | 72,844.22 | 73,346.04 |
| 92 | 02/03/2033 | 0.00 | 501.82 | 0.00 | 0.00 | 1,003.64 | 72,844.22 | 73,847.86 |
| 93 | 03/03/2033 | 0.00 | 453.25 | 0.00 | 0.00 | 1,456.89 | 72,844.22 | 74,301.11 |
| 94 | 04/03/2033 | 0.00 | 501.82 | 0.00 | 0.00 | 1,958.71 | 72,844.22 | 74,802.93 |
| 95 | 05/03/2033 | 0.00 | 485.63 | 0.00 | 0.00 | 2,444.34 | 72,844.22 | 75,288.56 |
| 96 | 06/03/2033 | 0.00 | 501.82 | 0.00 | 0.00 | 2,946.16 | 72,844.22 | 75,790.38 |
| 97 | 07/03/2033 | 0.00 | 485.63 | 0.00 | 0.00 | 3,431.79 | 72,844.22 | 76,276.01 |
| 98 | 08/03/2033 | 20,827.57 | 501.82 | 3,933.61 | 16,893.96 | 0.00 | 55,950.26 | 55,950.26 |
| 99 | 09/03/2033 | 20,827.57 | 385.44 | 385.44 | 20,442.13 | 0.00 | 35,508.13 | 35,508.13 |
| 100 | 10/03/2033 | 35,744.85 | 236.72 | 236.72 | 35,508.13 | 0.00 | 0.00 | 0.00 |
| 2033 Totals | | 77,399.99 | 4,555.77 | 4,555.77 | 72,844.22 | | | |
| Grand Totals | | 915,002.79 | 262,358.09 | 262,358.09 | 652,644.70 | | | |

Machias Savings Bank

# MAD GAFFER CORP

## Final Mod Offering

## Proposed Loans (rounded)

**3040048217/Modification/AM Workout (Approved)**

| | | | |
|---|---|---|---|
| Loan Officer: | Tupper, Amanda | Regional Market Manager: | |
| Decision Comments: | Approved by Joe Tuell 03/27/2025 | Credit Analyst: | |
| Risk Rating: | 6 | Borrower: | MAD GAFFER CORP |
| Risk Rating Grade Change: | | Co-borrower (%): | |
| Industry Code (NAICS): | 114112 - Shellfish Fishing | Guarantor (%): | GREY, JEFFREY (0.00%) |
| Loan Amount: | $652,645 | Loan Term: | 103 |
| Payment Type: | Fixed Payment | Amortized Over: | 0 |
| Rate Details: | | Total Fees: | $500 |
| Prepayment Terms: | | Special Payment Options: | |
| HVCRE: | No | Seasonal/Skip Payment Information: | |
| Leveraged Loan Classification: | No | CRA: | No |
| Subject To Reg O: | | New Money: | $0 |
| Decision Date: | 03/27/2025 | Stand Alone Authority: | |
| Risk Comments: | Reviewed by NRH 3/27/25 - Not a FDM | | |

## Modification Request Summary

**3040048217/Modification/AM Workout (Approved)***

**BRIEF DESCRIPTION**

Customer is paying $4500 to the loan interest balance. $500 modification fee. Advancing due date to August 3, 2025. No changes to rate, term, or payment.

**MODIFICATION INFORMATION**

Customer is paying $4500 to the loan interest balance. $500 modification fee. Advancing due date to August 3, 2025. No changes to rate, term, or payment.
This is an asset management workout.
GAR $723,923.00

## Aggregate Exposure (rounded)

| Entity | Book Balance | Current Available Credit | Total Commitment | Total Related Commitment |
|---|---|---|---|---|
| MAD GAFFER CORP | $652,645 | $0 | $652,645 | $652,645 |
| GREY, JEFFREY | $420,894 | $137 | $421,032 | $421,032 |
| **Global** | **$1,073,539** | **$137** | **$1,073,676** | **$1,073,676** |

## Collateral Narrative

## Deposit Accounts (rounded)

| | Account Number | Deposit Type | Origination Date | Interest Rate | Balance | Annual Fees |
|---|---|---|---|---|---|---|
| **40271458 GREY, JEFFREY** | 40271458 | My MSB Savings | 01/27/2022 | 0.15% | $456 | $0 |
| **8040586370 MAD GAFFER CORP** | 8040586370 | Exceptional Checking | 01/26/2022 | 0.00% | $4,158 | $0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **8040586300 GREY, JEFFREY** | 8040586300 | My MSB Checking | 01/26/2022 | 0.03% | $113 | $0 |
| **8040586440 MAD GAFFER CORP** | 8040586440 | Exceptional Checking | 01/27/2022 | 0.00% | $20 | $0 |
| **Totals** | | | | | $4,746 | $0 |

## Non MSB Deposits

## Credit Analysis

## Policy Exceptions

| | |
|---|---|
| **Loan Name** | **3040048217/ Modification/ AM Workout (Approved)** |
| Exception Name | |
| Exception Mitigants | |
| Exception Comment | |

## Risk Metrics