**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| MACHIAS SAVINGS BANK,<br><br>Plaintiff,<br><br>v.<br><br>*F/V MEOW* (O.N. 1324626),<br><br>*her masts, boilers, cables, engines, machinery, bowspirits, sails, rigging, boats, anchors, chains, tackle, apparel, furniture, fitting, tools, pumps, and her other equipment and supplies,*<br><br>*in rem*, and<br><br>MAD GAFFER CORP. and JEFFREY GREY, *in personam*,<br><br>Defendants. | No. 1:26-cv-00154-LEW |

**ORDER ENTERING DEFAULT, DEFAULT JUDGMENT, AND ORDER OF SALE**

In consideration of *Plaintiff's Motion for Entry of Default and Default Judgment as to All Defendants and Order of Sale as to* In Rem *Defendant* (ECF No. 14, the "Motion"), it is hereby ORDERED as follows:[1]

1. The Motion is GRANTED.

2. The deadline for filing claims and answers has passed, and no claims or answers were filed. Default is hereby entered against *in personam* Defendants Mad Gaffer Corp. and Jeffrey Grey and *in rem* Defendant F/V MEOW (O.N. 1324626), her masts,

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

boilers, cables, engines, machinery, bowspirits, sails, rigging, boats, anchors, chains, tackle, apparel, furniture, fitting, tools, pumps, and her other equipment and supplies (the "Vessel"), and all persons who have failed to file and present claims as ordered by the Court.

3. Plaintiff is hereby granted default judgment against *in rem* Defendant F/V MEOW (O.N. 1324626) and *in personam* Defendants Mad Gaffer Corp. and Jeffrey Grey, jointly and severally, in the amount of $692,202.91, together with interest accruing since December 17, 2025, at a daily rate of $144.99, plus *in custodia legis* costs, costs of court, and reasonable attorney's fees.

4. Pursuant to Rule E(9)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims, following entry of judgment, the U.S. Marshal for the District of Maine (the "U.S. Marshal") is authorized and directed to sell the Vessel as soon as possible, with proceeds "forthwith paid into the registry of the court to be disposed of according to law," subject to the following terms:

a. That the U.S. Marshal shall sell the Vessel at public auction for the highest price that can be obtained;

b. That the public auction shall take place at Journey's End Marina, 120 Tillson Avenue, Rockland, ME 04841;

c. That Plaintiff or the U.S. Marshal shall give notice of the date, time, and place of said sale by advertising the same no fewer than one time in the Midcoast Villager, the first advertisement being at least 7 days prior to the date of sale, in the form attached hereto as **Exhibit A**;

d. That the U.S. Marshal be directed to require at said sale that the highest bidder deposit $5,000 by certified check payable to the "United States Marshal for the District of Maine," provided that Plaintiff may bid up to the amount of its debt without posting the required deposit;

e. That the U.S. Marshal be directed to pay into the Registry of the United States District Court for the District of Maine any and all monies or notes received as a result of said sale;

f. That such public sale by the U.S. Marshal be subject to confirmation by the Court at a hearing to be held at the United States District Court in Portland, Maine, on a date and time to be established;

g. That Plaintiff be entitled to bid at the sale up to the amount of its indebtedness without outlay of funds;

h. That the sale include all vessel appurtenances, specifically including her fishing history and licenses pursuant to *Gowen, Inc. v. F/V Quality One*, 244 F.3d 64, 67-71 (1st Cir. 2001); and

i. That the Court grant such other relief as may be appropriate.

5. Plaintiff may recover of the *in personam* Defendants Jeffrey Grey and Mad Gaffer Corp., jointly and severally, any deficiency remaining after distribution of the proceeds of sale of the Vessel.

SO ORDERED.

Dated this 24th day of September, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge

## EXHIBIT A

## NOTICE OF SALE

Description of Vessel:

2022 46’ Commercial Fishing Vessel

Order of Sale:

In the United States District Court for the District of Maine, Civil Action Number 1:26-00154-LEW, captioned *Machias Savings Bank v. F/V MEOW (O.N. 1324626)*, her masts, boilers, cables, engines, machinery, bowspirits, sails, rigging, boats, anchors, chains, tackle, apparel, furniture, fitting, tools, pumps, and her other equipment and supplies, *in rem*, et al., pursuant to an Order of the United States District Court for the District of Maine dated September 24, 2026, the United States Marshal gives notice that the F/V MEOW will be sold at public auction at the vessel’s location at Journey’s End Marina, Rockland, Maine, to the highest bidder on the ____th of _________, 2026, at ___ PM.

Conditions:

The highest qualified bidder shall pay to the United States Marshal a deposit of $5,000 in the form of cashier’s check or certified check (no cash). If the sale is confirmed, the remaining balance shall be paid by bank check or certified check to the United States Marshal on the day of confirmation. If the sale should not be confirmed, the United States Marshal shall return the deposit to the highest bidder immediately after adjudication by the Court. The confirmation hearing shall be scheduled by the Court, and interested parties will be informed as to the date, time, and place of the confirmation hearing.

The vessel may be inspected at reasonable times and reasonable notice at the sole expense and risk of the person(s) wishing to inspect the vessel.

For more information, please make application to the United States Marshal or contact Oliver Mac Walton, Esq., Drummond Woodsum, at (207) 772-1941 or owalton@dwmlaw.com.